An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: JAYLIN L., A MINOR,

JAYLIN L.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62466

**FILED**

JUL 1 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal from a district court order adjudicating appellant as a delinquent child. Eighth Judicial District Court, Family Court Division, Clark County; William O. Voy, Judge. Appellant has filed a motion to voluntarily withdraw this appeal. Appellant's counsel indicates that she has informed appellant of the consequences of withdrawing the appeal and that the appeal cannot be reinstated. Cause appearing, we grant the motion and

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Parraguirre

_____, J.
Cherry

cc: Hon. William O. Voy, District Judge, Family Court Division
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-20871